1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2763

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    CR. NO. S-03-029-LKK
                                    )
12          Plaintiff,               )
                                    )    MOTION TO DISMISS
13     v.                            )    INDICTMENT
                                    )
14 JAVIER SANDOVAL TORRES,          )
                                    )
15          Defendants.              )
                                    )
16 _____)

17      Pursuant to Federal Rule of Criminal Procedure 48, the United

18 States of America, by and through its undersigned attorney, Mary L.

19 Grad, Assistant United States Attorney, respectfully requests that

20 this Court dismiss without prejudice the Indictment in the captioned

21 matters, against defendant JAVIER SANDOVAL TORRES.

22 DATED: June 16, 2005                  McGREGOR W. SCOTT
                                         United States Attorney
23

24
                                         By  /s/ Mary L. Grad
25                                          MARY L. GRAD
                                         Assistant U.S. Attorney
26

27

28

                                    1

O R D E R

It is ordered that the above-captioned case be and is hereby dismissed without prejudice against JAVIER SANDOVAL TORRES.

DATED: July 11, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior Judge